United States District Court
Eastern District of New York

2:19-cv-01875-JS-AKT

| |
|---|
| Oscar Lopez individually and on behalf of all others similarly situated |
| Plaintiff |
| - against - |
| SPC Management Co., Inc. |
| Defendant |

Notice of Voluntary Dismissal

    Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   November 8, 2019

    Respectfully submitted,

    Sheehan & Associates, P.C.

    /s/Spencer Sheehan
    Spencer Sheehan
    505 Northern Blvd., Suite 311
    Great Neck, NY 11021
    (516) 303-0552
    spencer@spencersheehan.com
    E.D.N.Y. #  SS-8533
    S.D.N.Y. #  SS-2056

2:19-cv-01875-JS-AKT
United States District Court
Eastern District of New York

Oscar Lopez individually and on behalf of all others similarly situated

Plaintiff

- against -

SPC Management Co., Inc.

Defendant

## Notice of Voluntary Dismissal

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  November 8, 2019

/s/ Spencer Sheehan
Spencer Sheehan