United States District Court
Eastern District of New York

2:19-cv-01875-JS-AKT

Oscar Lopez individually and on behalf of all others similarly situated

    Plaintiff

- against -

SPC Management Co., Inc.

    Defendant

ORDER

Notice of Voluntary Dismissal

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 8, 2019

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
505 Northern Blvd., Suite 311
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com
E.D.N.Y. # SS-8533
S.D.N.Y. # SS-2056

The Clerk of the Court is directed to mark this case CLOSED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Nov. 12, 2019
Central Islip, NY